# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 1, 2017

## NO.  03-17-00559-CV

**I. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the final decree of termination signed by the trial court on August 24, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree of termination.  Therefore, the Court affirms the trial court's final decree of termination.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.